IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |
|---|---|
| CARL ELLER, *et al.*, | ) |
| Plaintiffs, | ) No. 0:11-cv-00748-SRN-JJG |
| v. | ) |
| NATIONAL FOOTBALL LEAGUE, *et al.*, | ) |
| Defendants. | ) |

**Declaration of Daniel J. Connolly**

I, Daniel J. Connolly, hereby declare as follows:

1. I am a partner at the law firm of Faegre & Benson in Minneapolis, Minnesota, which represents Defendants National Football League *et al.* in this matter. I have personal knowledge of and am competent to testify to the following:

2. Exhibit A hereto is a true and correct copy of the NFLPA publication *The Huddle*, published before the Union's purported disclaimer. At page 5 it indicates that the NFLPA members "gave the NFLPA permission to renounce its union status in the event of a lockout." *See* Exhibit A, at 5.

- 2 -

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 4, 2011.

s/Daniel J. Connolly<br>
Daniel J. Connolly, #197427